IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VINCENT J. WRIGHT, | : |
|     Plaintiff, | : Case No. 2:21-cv-4232 |
| v. | : Chief Judge Algenon L. Marbley |
| NORTH CENTRAL CORRECTIONAL COMPLEX, | : Magistrate Judge Chelsea M. Vascura |
|     Defendant. | : |

### ORDER ON REPORT AND RECOMMENDATION

On October 8, 2021, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 3) that the Court dismiss this case under Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Report and Recommendation informed the parties of their right to object within fourteen days. It also specifically advised the parties of the rights they would waive by failing to object, including the right to *de novo* review by the District Judge. (*Id.* at 3). No objections have been filed, and the deadline lapsed on October 22, 2021.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. This case is **DISMISSED** without prejudice and with no filing fee assessed. Plaintiff is **DIRECTED** to list the case number 2:21-cv-4232 as a related case if he later chooses to refile this action.

IT IS SO ORDERED.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: November 2, 2021

1